## MICHAEL COSENTINO
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Tele: (510) 523-4702
Fax: (510) 747-1640

## FAX TRANSMITTAL COVER SHEET

DATE: October 18, 2007

ATTN TO: KAREN HOM

COURTROOM: MAGISTRATE JUDGE SPERO

FROM: MICHAEL COSENTINO

FAX NO.: 415/522-3636

CASE #: *USA v Bunce*, C06-6999M JCS

NO. OF PAGES: **FIVE**
(Including Cover Sheet)

NOTE: THIS FACSIMILE CONTAINS CONFIDENTIAL INFORMATION WHICH MAY ALSO BE PRIVILEGED. UNLESS YOU ARE THE INTENDED RECIPIENT NAMED ABOVE (OR AUTHORIZED TO RECEIVE FOR THAT INDIVIDUAL), YOU MAY NOT REVIEW, DISSEMINATE, DISTRIBUTE OR DUPLICATE THIS MESSAGE.

Dear Karen,

I spoke with attorney for defendant, Gregory Orton, earlier today and confirmed that he would not be appearing at the holding date hearing of October 19, 2007, at 1:30 PM in this matter.

Attached is a DECLARATION OF COUNSEL FOR PLAINTIFF CALCULATING AMOUNT OF JUDGMENT and a (Proposed) JUDGMENT.

These documents reflect the updated amount of the judgment as of October 19, 2007. If Magistrate Spero finds these documents sufficient to cause the entry of judgment without my presence at the hearing, that would be great. I know that you are in trial so if I do not hear from you, I will appear. Please leave me a message at 510-523-4702 or fax me if you are able.

Thank you and Magistrate Spero for any consideration you give this request.

Very truly,

Michael Cosentino, Counsel for the United States
MC/hs

cc: Gregory B. Orton, Attorney for Defendant Bunce, by email: ortonlaw@comcast.net