EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: After recording, return to: <br> MICHAEL COSENTINO SBN 83253 <br> ATTORNEY AT LAW <br> P.O. BOX 129 <br><br> ALAMEDA, CA 94501 <br> TEL NO.: (510) 523-4702  FAX NO. (optional): (510) 747-1640 <br> E-MAIL ADDRESS *(Optional)*: <br> [X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD |
|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  US DISTRICT CT. |
|---|
| STREET ADDRESS: UNITED STATES DISTRICT COURT |
| MAILING ADDRESS: 450 GOLDEN GATE AVENUE |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 |
| BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA |

FOR RECORDER'S USE ONLY

| PLAINTIFF: UNITED STATES OF AMERICA |
|---|
| DEFENDANT: CHRISTINE T. BUNCE aka CHRISTINE THERESE BUNCE |

CASE NUMBER: C06-6999M JCS

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ```
   CHRISTINE T. BUNCE aka CHRISTINE THERESE
   BUNCE
   1654 CREEKVIEW CIRCLE
   PETALUMA, CA 94954
   ```

   b. Driver's license no. [last 4 digits] and state:        [X] Unknown
   c. Social security no. [last 4 digits]: XXX-XX-4997        [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: CHRISTINE T. BUNCE aka CHRISTINE THERESE BUNCE, 1654 CREEKVIEW CIRCLE, PETALUMA, CA 94954

This lien is valid for 20 years from its recording date, subject to one 20 year renewal period 28 USC Sec. 3201

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   UNITED STATES OF AMERICA, C/O MICHAEL COSENTINO, PO BOX 129, ALAMEDA, CA 94501
   Date: AUGUST 29, 2014
   MICHAEL COSENTINO
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [X] Original abstract recorded in this county:
   a. Date: 11/27/2007
   b. Instrument No.: 2007125701

   ▶           (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 108,878.68
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: OCTOBER 22, 2007
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address)*:

    RICHARD W. WIEKING

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____ Deputy
                    MARK ROMYN

[SEAL]

This abstract issued on *(date)*: 9/9/2014

| Form Adopted for Mandatory Use Judicial Council of California EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Legal Solutions Plus | Code of Civil Procedure, §§ 488.480, 674, 700.190 |
|---|---|---|---|